Ramin R. Younessi, Esq. (SBN 175020)
Heather N. Phillips, Esq. (SBN 258638)
Azucena D. Portillo, Esq. (SBN 349834)
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorney for Plaintiff,
GLENN SEAN PETTIS

Timothy T. Kim, Esq. (SBN 314365)
TESLA, INC.
901 Page Avenue
Fremont, CA 94538

Attorneys for Defendants
TESLA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN SEAN PETTIS, AN INDIVIDUAL,<br><br>PLAINTIFF,<br><br>V.<br><br>TESLA MOTORS, INC., A DELAWARE CORPORATION; AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>DEFENDANTS. | Case No.: 23-CV-06169-JD<br><br>[Assigned for all purposes to Judge James Donato]<br><br>[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>State Complaint filed: August 22, 2023<br>Removal filed:         November 29, 2023 |

///

///

///

1

Before the Court is Plaintiff and Defendant TESLA, INC.'s (also erroneously sued and served as TESLA MOTORS, INC.) Joint Stipulation to Dismiss the above-captioned action in its entirety with prejudice. Pursuant to the Parties' stipulation under Rules 41(a) and (c) of the Federal Rules of Civil Procedure, the Court hereby ORDERS:

That the Stipulation is GRANTED. The above-captioned action is dismissed in its entirety with prejudice against all Defendants. The Parties are to pay their own attorneys' fees and costs associated with this lawsuit.

Dated: 6/27/2025

By _____
James Donato
United States District Judge